George L. Johnson, Respondent, v. William T. P. Hollingsworth and Robert L. Kester, Jr., Appellants. (Appeal No. 1.) — Order denying motion for judgment on the pleadings reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In deciding the case of *Bob* v. *Hollingsworth* (230 App. Div. 762), we sustained the order of the Special Term dismissing the complaint for the reason that the article complained of, taken in connection with all of the allegations of the complaint and the exhibits, which were made a part thereof, set forth statements that were true, and was not, therefore, a libelous article. We are of opinion that the complaint now before us is in all substantial and material respects the same as that in the *Bob Case* (*supra*). Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

George L. Johnson, Respondent, v. William T. P. Hollingsworth, Appellant, and Robert L. Kester, Jr., Defendant. (Appeal No. 2.) — Order denying motion to vacate order of arrest reversed upon the law, with ten dollars costs, and motion granted. Our disposition of the motion for judgment on the pleadings (*ante*, p. 859) necessarily causes the order of arrest to fall. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Ella Kalwitz, Respondent, v. National Liberty Insurance Company of America, Appellant.— Appeal dismissed, with costs. (*Logan* v. *Guggenheim*, 230 N. Y. 19, 21; *Waldron* v. *City of Utica*, 228 App. Div. 37, 40.) Young, Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

Rose T. Langner, by Gitele Leifer, Her Guardian ad Litem, Appellant, v. Izaak Langner, Respondent.— Judgment modified so as to provide that the dismissal of the complaint is without prejudice, and as so modified unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Edward Levy, Appellant, v. Sonatron Tube Company, Respondent.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event. We are of opinion that there should be a new trial of this cause in the interests of justice. Lazansky, P. J., Kapper and Tompkins, JJ., concur; Hagarty and Scudder, JJ., dissent and vote to affirm.

Guiseppa Mannino, as Administratrix, etc., of Joseph Mannino, Deceased, Respondent, v. Richmond Hill Bus Line, Inc., Defendant, and Luigi Basile, Appellant.— Order denying motion to set aside verdict as to defendant Basile and to grant a new trial reversed upon the law and the facts, with costs, and complaint dismissed, with costs. At the close of the plaintiff's case, there was no testimony showing or tending to show any negligence on the part of the appellant causing or contributing to the death of plaintiff's intestate, and in our opinion the appellant's motion for a nonsuit should have been granted. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.